IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>SEMYON NAROSOV (02)<br><br>               Defendant. | NO.  3:18-CR-475-JJZ |

# FINAL ORDER OF FORFEITURE

Before the court is the government's unopposed motion for a final order of forfeiture. After consideration, the court determines the motion should be and is hereby granted. Pursuant to 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2(b), the court previously entered a Preliminary Order of Forfeiture forfeiting the following property:

a. $116,732.63 seized from Frost Bank Account #XXXX9375 in the name of Advanced Total Management DBA US Healthcare;
b. $25,424.63 seized from Frost Bank Account #XXXX0047 in the name of Energized LLC;
c. $8,737.90 seized from Frost Bank Account #XXXX0390 in the name of Llana or Semyon Narosov Household Account;
d. $13,314.65 seized from Frost Bank Account #XXXX0412 in the name of Aubree Narosov or Semyon Narosov or Ilana Narosov;
e. $13,287.77 seized from Frost Bank Account #XXXX3158 in the name of Lana or Semyon Narosov;
f. $11,471.29 seized from Frost Bank Account #XXXX2507 in the name of Pinnacle Pharma LLC;
g. $30.89 seized from Frost Bank Account #XXXX5436 in the name of Llana Narosov Personal Account;
h. $755.55 seized from Frost Bank Account #XXXX9480 in the name of Executive Healthcare LLC;
i. $267.15 seized from Frost Bank Account #XXXX9979 in the name of Executive Healthcare LLC DBA The Apothcary Shop #7;

j. $2,982.05 seized from Frost Bank Account #XXXX0004 in the name of Optimized Inc.;
k. $163.54 seized from Frost Bank Account #XXXX0012 in the name of Optimized Inc.;
l. $3,270.72 seized from Frost Bank Account #XXXX0020 in the name of Maximized LLC Operating Account;
m. $245.00 seized from Frost Bank Account #0055 in the name of Energized LLC;
n. $2,221.82 seized from Frost Bank Account #XXXX2902 in the name of Total Pharma LLC;
o. $973.05 seized from Frost Bank Account #XXXX9352 in the name of Pharma Holdings US LTD DBA United Pharmacy Group;
p. $476.05 seized from Frost Bank Account #XXXX0369 in the name of Community Express Pharmacy;
q. $109.43 seized from BB&T Bank Account #XXXX5856 in the name of Forney Pharm LLC;
r. $1,046.09 seized from BB&T Bank Account #XXXX5872 in the name of Legacy Pharmacy LLC;
s. $20.01 seized from BB&T Bank Account #XXXX6003 in the name of Total Pharma LLC;
t. $2,208.12 seized from BB&T Bank Account #XXXX6089 in the name of Dallasite Inc.;
u. $35,795.64 seized from Banco Popular de Puerto Rico (BPPR) Account #XXXX5457 in the name of Semyon Narosov Y/O Rossel Narosov;
v. $59,940.51 seized from BB&T Bank Account #XXXX2218 in the name of Next Health LLC Operating Account;
w. $5,440.71 seized from BB&T Bank Account #XXXX5929 in the name of Meyerland Pharmacy LLC;
x. $15,182.27 seized from BB&T Bank Account #XXXX5945 in the name of Parkwood Pharmacy LLC Operating Account;
y. $1,712,417.73 seized from BB&T Bank Account #XXXX5988 in the name of Pharma Holding US LTD Operating;
z. $954,614.56 seized from BB&T Bank Account #XXXX6046 in the name of Pham Family Pharmacy Inc., Operating Account;
aa. $25,888.63 seized from BB&T Bank Account #XXXX6100 in the name of Pinnacle Pharma LLC Operating Account;
bb. One Sunseeker 62ft Yacht, Hull #XSK02651G304, or, in lieu of the property, the cash proceeds resulting from the sale;
cc. One 2017 Mercedes Benz, VIN WDDXK7JB3HA018067 registered to Semyon Narosov.

The Court finds that the defendant had an interest in the property that is forfeitable under 21 U.S.C. § 853(a) and 18 U.S.C. § 982 and 28 U.S.C. § 2461(c), and the court has entered a written judgment of conviction against the defendant that included the forfeiture order. The defendant has not appealed the judgment.

Notice of forfeiture of the property has been properly published, and the time for

filing petitions under 21 U.S.C. § 853(n)(2) has expired.  All claims or petitions have been adjudicated or settled.  Taking into account those adjudications and settlements:

It is THEREFORE ORDERED and ADJUDGED that all right, title, and interest to the following property is hereby condemned and forfeited to and vested in the government, and the United States Marshal's Service, and/or their respective agents or assignees, shall dispose of the property according to law:

a. $116,732.63 seized from Frost Bank Account #XXXX9375 in the name of Advanced Total Management DBA US Healthcare;
b. $25,424.63 seized from Frost Bank Account #XXXX0047 in the name of Energized LLC;
c. $8,737.90 seized from Frost Bank Account #XXXX0390 in the name of Llana or Semyon Narosov Household Account;
d. $13,287.77 seized from Frost Bank Account #XXXX3158 in the name of Lana or Semyon Narosov;
e. $11,471.29 seized from Frost Bank Account #XXXX2507 in the name of Pinnacle Pharma LLC;
f. $30.89 seized from Frost Bank Account #XXXX5436 in the name of Llana Narosov Personal Account;
g. $755.55 seized from Frost Bank Account #XXXX9480 in the name of Executive Healthcare LLC;
h. $267.15 seized from Frost Bank Account #XXXX9979 in the name of Executive Healthcare LLC DBA The Apothcary Shop #7;
i. $2,982.05 seized from Frost Bank Account #XXXX0004 in the name of Optimized Inc.;
j. $163.54 seized from Frost Bank Account #XXXX0012 in the name of Optimized Inc.;
k. $3,270.72 seized from Frost Bank Account #XXXX0020 in the name of Maximized LLC Operating Account;
l. $245.00 seized from Frost Bank Account #0055 in the name of Energized LLC;
m. $2,221.82 seized from Frost Bank Account #XXXX2902 in the name of Total Pharma LLC;
n. $973.05 seized from Frost Bank Account #XXXX9352 in the name of Pharma Holdings US LTD DBA United Pharmacy Group;
o. $476.05 seized from Frost Bank Account #XXXX0369 in the name of Community Express Pharmacy;
p. $109.43 seized from BB&T Bank Account #XXXX5856 in the name of Forney Pharm LLC;
q. $1,046.09 seized from BB&T Bank Account #XXXX5872 in the name of Legacy Pharmacy LLC;
r. $20.01 seized from BB&T Bank Account #XXXX6003 in the name of Total Pharma LLC;

s. $2,208.12 seized from BB&T Bank Account #XXXX6089 in the name of Dallasite Inc.;
t. $35,795.64 seized from Banco Popular de Puerto Rico (BPPR) Account #XXXX5457 in the name of Semyon Narosov Y/O Rossel Narosov;
u. $59,940.51 seized from BB&T Bank Account #XXXX2218 in the name of Next Health LLC Operating Account;
v. $5,440.71 seized from BB&T Bank Account #XXXX5929 in the name of Meyerland Pharmacy LLC;
w. $15,182.27 seized from BB&T Bank Account #XXXX5945 in the name of Parkwood Pharmacy LLC Operating Account;
x. $37,417.73 seized from BB&T Bank Account #XXXX5988 in the name of Pharma Holding US LTD Operating;
y. $894,614.56 seized from BB&T Bank Account #XXXX6046 in the name of Pham Family Pharmacy Inc., Operating Account;
z. $25,888.63 seized from BB&T Bank Account #XXXX6100 in the name of Pinnacle Pharma LLC Operating Account;
aa. One Sunseeker 62ft Yacht, Hull #XSK02651G304, or, in lieu of the property, the cash proceeds resulting from the sale;
bb. One 2017 Mercedes Benz, VIN WDDXK7JB3HA018067 registered to Semyon Narosov.

It is further ORDERED and ADJUDGED that pursuant to the publicly-filed agreements:

- $1,675,000.00 from BB&T account x5988, less any debt owed to the United States, any agency of the United States, or any other debt the United States is authorized to collect, will be released to Petitioner Healthcare Investor Partners, LLC.

- $60,000.00 from BB&T account x6046, less any debt owed to the United States, any agency of the United States, or any other debt the United States is authorized to collect, will be released to Petitioner Wellgistics, LLC.

- $13,314.65 from Frost Bank Account #XXXX0412, less any debt owed to the United States, any agency of the United States, or any other debt the United States is authorized to collect, will be released to Petitioner Aubree Narosov.

- One Sunseeker 62ft Yacht, Hull #XSK02651G304 released to Pioneer Bank, SSB with proceeds transferred to the government per the stipulation.

- One 2017 Mercedes Benz VIN WDDXK7JB3HA018067 released to U.S. Bank, N.A. in exchange for payment per the stipulation.

**SO ORDERED.**

Signed this 1st day of October, 2020.

                    _s/Jack Zouhary_____
                    **JACK ZOUHARY**
                    **UNITED STATES DISTRICT JUDGE**